UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MCCARTHY,

    Plaintiff,

  v.

HECTOR L. BROWN, et al.,

    Defendants.

Case No. 16-cv-00758-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 14

The parties have filed a stipulation of dismissal dated June 3, 2016, stating that they have agreed to a settlement of this action. ECF No. 14. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 7, 2016

                            JON S. TIGAR  
                            United States District Judge